S07Y0081. IN THE MATTER OF WILLIAM C. CAMPBELL.
(637 SE2d 705)

PER CURIAM.

This disciplinary matter is before the Court on William C. Campbell's petition seeking voluntary surrender of his license to practice law in the State of Georgia based on his criminal conviction in the United States District Court for the Northern District of Georgia on three counts of felony tax evasion. See 26 USC § 7206 (1). It is a violation of the Georgia Rules of Professional Conduct for a lawyer to be convicted of a felony (Rule 8.4 (a) (2)), and the maximum penalty for such conduct is disbarment. Rule 8.4 (d). Campbell conditions the voluntary surrender of his license, which is tantamount to disbarment, on the requirement that his license be reinstated should his convictions be overturned in his appeal currently pending before the United States Court of Appeals for the Eleventh Circuit. In light of Campbell's condition to the voluntary surrender of

his license, we treat his petition as one seeking voluntary suspension of his license to practice law pending the resolution of his appeal. See Rule 4-106 (f), Georgia Rules of Professional Conduct; *In the Matter of Haugabrook*, 275 Ga. 201 (563 SE2d 844) (2002); *In the Matter of Frederick*, 274 Ga. 120 (549 SE2d 709) (2001); *In the Matter of Gormley*, 272 Ga. 366 (529 SE2d 612) (2000); *In the Matter of Kendall*, 271 Ga. 166 (517 SE2d 323) (1999).

Accordingly, Campbell is hereby suspended from the practice of law in Georgia pending termination of his appeal of his felony convictions. He is reminded of his duties under Bar Rule 4-219 (c) to timely notify clients of his inability to represent them, to take all actions necessary to protect the interests of his clients, and to certify to this Court that he has satisfied the requirements of the rule.

*Voluntary suspension of license until further order of this Court. All the Justices concur.*

DECIDED NOVEMBER 20, 2006.

*William P. Smith III, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.

*Lord, Bissell & Brooks, Michael V. Coleman*, for Campbell.